Steenburg, et al. v. Richbourg—Opinion of Court.

A. O. STEENBURG, A. C. STEENBURG AND H. M. TILLIS, AP-
PELLANTS, VS. ALICE A. RICHBOURG AND D. J. RICHBOURG,
HER HUSBAND, APPELLEES.

An appeal from two or more interlocutory decrees, some of
which were rendered more than six months prior to the
entry of the appeal, will entitle the party appellant to have
the Supreme Court consider the propriety of those de-
crees only that were rendered within six months prior to
such entry of appeal.

This case was decided by Division B.

Appeal from the Circuit Court of Alachua county.

The facts in the case are stated in the opinion of the
court.

*B. A. Thrasher,* for Appellants;

*W. W. Hampton,* for Appellees.

PER CURIAM.

This cause came on to be finally heard, and was duly
considered upon the abstracts of the record and briefs of
counsel for the respective parties, and the court being ad-
vised of its opinion, that there is no error, it was, there-
fore, considered by the court that the interlocutory de-
crees of the court below from which this appeal was ta-
ken be and the same are affirmed, except the interlocutory
decree dated August 17th, 1897, refusing motion to dis-
solve injunction, which is not considered, because the ap-
peal therefrom was entered more than six months after

its rendition. Ray v. Frank; Mattair v. Furchgott, decided by this court at the June term, 1902.

Appellants will be taxed with the costs of this appeal.